# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TIMOTHY RAMON MOORE,
ADC #89799                                                                                                PLAINTIFF

V.                                  5:11CV00137 JMM/JTR

STUART CAMPBELL,
Chief Operations Officer,
Correctional Medical Services, Inc., et al.                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's request to voluntarily dismiss Defendant Campbell (which was included in his Motion to Amend the Complaint, docket entry #33) is GRANTED, and that he is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE.

2.  Plaintiff's Motion to Amend the Complaint (docket entry #33) is DENIED.

3.  The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this <u>14th</u> day of <u>February</u>, 2011.

                                                            _____
                                                          UNITED STATES DISTRICT JUDGE