**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TIMOTHY RAMON MOORE,
ADC #89799                                                                                          PLAINTIFF

V.                                        5:11CV00137 JMM/JTR

DR. DIANA MCKENZIE, Optometrist,
Correctional Medical Services, Inc., et al.                                         DEFENDANTS

**ORDER OF DISMISSAL**

Plaintiff, Timothy Ramon Moore, has filed a Motion seeking permission to voluntarily dismiss this *pro se* § 1983 action without prejudice. *See* docket entry #69. Defendants have orally informed the Court that they do not have any objections to Plaintiff's request.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Voluntary Dismissal (docket entry #69) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

2. Defendants' Motion for Summary Judgment (docket entry #63) is DISMISSED AS MOOT.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this <u>23rd</u> day of April, 2012.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE