# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TIMOTHY RAMON MOORE,
ADC #89799                                                                                           PLAINTIFF

V.                               5:11CV00137 JMM/JTR

DR. DIANA MCKENZIE, Optometrist,
Correctional Medical Services, Inc., et al.                                         DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is VOLUNTARILY DISMISSED WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 23rd day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE